## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA

In re: _Lance Nelson_                                    )
_Henrietta Nelson_                                       )
                                                         )     Case No. _____
        Debtor(s).                                       )     Chapter _13_
                                                         )
                                                         )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning date | Ending Date |
| --- | --- | --- |
| _TradeSource_ | 4-19-15 | 5-2-15 |
| _CLP Resources_ | 7-6-15 | 7-12-15 |
| _Labor Finders_ | 8-24-15 | 8-30-15 |
| _Albuquerque Behaviorial Health_ | 7-31-15 | 7-31-15 |
|  | 4-6-15 | 4-19-15 |

☐ The debtor certifies by his/her signature below that he/she has no pay records because: _____

_____

Dated on the _____ day of _____, 20____.

_(signature)_
(Debtor Signature)

by      _(signature)_
(Attorney Signature)

_Chris Mudd & Associates, PLLC_
_3904 N.W. 23rd St._
_Oklahoma City OK 73107_   ph: _405-848-6024_
Printed Name, Address, Phone

☒ Attorney for Debtor(s)  OBA# _14008_

☐ Pro se debtor

CO.    FILE    DEPT.    CLOCK NUMBER    Doc. 8
SLG

# Earnings Statement

ADP®

TRADESOURCE, INC.
205 HALLENE RD
UNITS 211 & 212
WARWICK, RI 02886

| | |
|---|---|
| Period Beginning: | 04/19/2015 |
| Period Ending: | 04/25/2015 |
| Pay Date: | 04/30/2015 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:        7
    NM:             7

LANCE NELSON
5300 EUBANK BLVD NE
APT #17 I
ALBUQUERQUE, NM 87107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 37.00 | 740.00 | 1,760.00 |
| Overtime | | | | 7.50 |
| **Gross Pay** | | | **$740.00** | 1,767.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3.62 | 13.99 |
| | Social Security Tax | -45.88 | 109.59 |
| | Medicare Tax | -10.73 | 25.63 |
| | NM State Income Tax | -0.62 | 2.38 |
| | **Net Pay** | **$679.15** | |
| | **Net Check** | **$679.15** | |

Your federal taxable wages this period are $740.00

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 401-384-6148

© 1998, 2006, ADP, LLC  All Rights Reserved.

TEAR HERE

CO    FILE    DEPT    CLOCK
SLG                                    1

*TRADESOURCE, INC.*
*205 HALLENE RD*
*UNITS 211 & 212*
*WARWICK, RI 02886*

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:        7
    NM:               7

# Earnings Statement

Period Beginning:        04/26/2015
Period Ending:           05/02/2015
Pay Date:                   05/07/2015

00000000407
    LANCE  NELSON
    5300  EUBANK  BLVD  NE
    APT  #17  I
    ALBUQUERQUE,  NM  87107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 2,560.00 |
| Overtime | | | | |
| **Gross Pay** | | | **$800.00** | **2,587.60** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.62 | 25.64 |
| | Social Security Tax | -49.60 | 159.19 |
| | Medicare Tax | -11.60 | 37.23 |
| | NM State Income Tax | -1.64 | 4.02 |
| | **Net Pay** | **$727.54** | |
| | Checking | -727.54 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $800.00

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 401-384-6148

© 1998, 2006, ADP, LLC  All Rights Reserved.

© 2000 ADP, LLC

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

TRADESOURCE, INC.
205 HALLENE RD
UNITS 211 & 212
WARWICK, RI 02886

Advice number:        00000190407
Pay date:                  05/07/2015

Deposited to the account of
LANCE NELSON

| | account number | transit ABA | amount |
|---|---|---|---|
| | | | $727.54 |

NOT VALID AFTER 180 DAYS

**Bank of America**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK

CLP Resources, Inc. 1015 A Street , Tacoma, WA 98402 1-800-610-8920

```
EMPLOYEE INFORMATION          CHECK SUMMARY              PAID TIME OFF PROGRAM
Lance Nelson                  Gross Pay:       $441.00   QualHr:              0.00
Po Box 14033                  Taxes:            $33.73   VacDay:              0.00
Albuquerque, NM 87191         Deductions:        $0.00   Life Hrs:          303.50
Soc Sec #:XXX-XX-2727         Net Pay:         $407.27


Pay Period: 07/06/15 - 07/12/15
Check Date: 07/13/15
Check Number: Positive Pay MICR Check
```

| EARNINGS DESCRIPTION | THIS PERIOD | YEAR TO DATE | HOURS BY JOB ASSIGNMENT CUSTOMER | HOUR TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular Hours: | $441.00 | $441.00 | Merchco Services Inc. | RT | 31.50 | $14.00 | $441.00 |
| Overtime: | $0.00 | $0.00 | 112 N Air Depot Blvd | OT | 0.00 | $21.00 | $0.00 |
| Doubletime: | $0.00 | $0.00 | Midwest City, OK 73110-1701 | DT | 0.00 | $28.00 | $0.00 |
| Premium Time: | $0.00 | $0.00 | 888/879-8813 | PT | 0.00 | $21.00 | $0.00 |
| TOTAL EARNINGS: | $441.00 | $441.00 | | | | | |
| | | | Totals: RT: 31.50 OT: 0.00 DT: 0.00 PT: 0.00 | | | | $441.00 |
| TAXES | | | | | | | |
| FICA: | $33.73 | $33.73 | | | | | |
| TOTAL TAXES: | $33.73 | $33.73 | | | | | |
| DEDUCTIONS | | | | | | | |
| No Deductions for this Period | | | | | | | |
| TOTAL DEDUCTIONS: | $0.00 | $0.00 | | | | | |

Please Detach This Portion and Retain For Your Records

CLP Resources, Inc. 1015 A Street , Tacoma, WA 98402 1-800-610-8920

```
EMPLOYEE INFORMATION              CHECK SUMMARY              PAID TIME OFF PROGRAM
Lance Nelson                      Gross Pay:    $231.00      QualHr:              0.00
Po Box 14033                      Taxes:         $17.67      VacDay:              0.00
Albuquerque, NM 87191             Deductions:     $0.00      Life Hrs:          322.75
Soc Sec #:XXX-XX-2727             Net Pay:      $213.33


Pay Period: 08/24/15 - 08/30/15
Check Date: 08/31/15
Check Number: Positive Pay MICR Check
```

| EARNINGS DESCRIPTION | THIS PERIOD | YEAR TO DATE | HOURS BY JOB ASSIGNMENT CUSTOMER | HOUR TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Regular Hours: | $231.00 | $672.00 | Aquatech International Corporation | RT | 19.25 | $12.00 | $231.00 |
| Overtime: | $0.00 | $0.00 | 20922 N Triple Xxx Rd | OT | 0.00 | $18.00 | $0.00 |
| Doubletime: | $0.00 | $0.00 | Luther, OK 73054-9740 | DT | 0.00 | $24.00 | $0.00 |
| Premium Time: | $0.00 | $0.00 | 724/746-5300 | PT | 0.00 | $18.00 | $0.00 |
| TOTAL EARNINGS: | $231.00 | $672.00 | | | | | |

Totals:   RT:  19.25  OT:  0.00  DT:  0.00  PT:  0.00   $231.00

| TAXES | | |
|---|---|---|
| FICA: | $17.67 | $51.40 |
| TOTAL TAXES: | $17.67 | $51.40 |

DEDUCTIONS
No Deductions for this Period
TOTAL DEDUCTIONS:   $0.00   $0.00

Please Detach This Portion and Retain For Your Records

Check No    36948
Payee    Nelson, Lance I
Pay Period    Daily

Date    07/01/2015
SSN XXX-XX-2727

Labor Finders (Oklahoma City South)
Work Order No. 32-265371

| | Regular | | Overtime | | Doubletime | | Description | Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Rate | Hours | Rate | Hours | Social Security Tax | $4.32 | $14.08 |
| Work | 9.00 | 7.75 | 0.00 | 0.00 | 0.00 | 0.00 | Medicare Tax | $1.01 | $2.59 |
| Drive | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Federal Income Tax | $0.00 | $0.00 |

| Earnings | Current | YTD | State Income Tax | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | | | Local Tax | $0.00 | $0.00 |
| Wages | $69.75 | $178.75 | Transportation | $0.00 | $5.00 |
| Fringe | $0.00 | | Garnishment | $0.00 | $0.00 |
| Bonus | $0.00 | $0.00 | Advance | $0.00 | $0.00 |
| Drive Time | $0.00 | $0.00 | Misc. Deductions | $0.00 | $2.50 |
| Gross Wages | $69.75 | $178.75 | Total Deductions | $5.33 | $24.17 |
| Miscellaneous | $0.00 | $0.00 | | | |
| EIC | $0.00 | $0.00 | | | |
| Total Earnings | $69.75 | $178.75 | Net Pay | $64.42 | $157.58 |

**PLEASE VERIFY** that your Name and Social Security number are correct

"Contact Requirement": An employee is considered to have voluntarily quit employment and is disqualified for benefits if, upon conclusion of his or her assignment, the employee without good cause fails to contact the staffing office for reassignment. Unemployment benefits may be denied for failure to report.

"Requisito de Contactar a la Oficina": Un empleado se considera que deja voluntariamente su empleo y es descalificado para recibir beneficios si, una vez finalizada su asignación, el empleado sin causa justificada no contacta la oficina de la agencia temporal de empleos para ser reasignado. Las prestaciones de desempleo pueden ser negadas si no contacta a la oficina.

Thank You!

# ALBUQUERQUE BEHAVIORAL HEALTH LLC

6068

**Employee**
Henrietta M Nelson, PO Box 14003, Albuquerque, NM 87191

**SSN**
***-**-8944

**Status (Fed/State)**
Married/Married
Pay Period: 04/06/2015 - 04/19/2015

**Allowances/Extra**
Fed-4/0/NM-4/0
Pay Date: 04/23/2015

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 18:00 | 15.00 | 270.00 | 2,430.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NM - Workers' Comp Fee | 0.00 | -4.00 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -16.74 | -150.66 |
| Medicare Employee | -3.92 | -35.24 |
| NM - Withholding | 0.00 | |
| | -20.66 | -189.90 |
| Net Pay | 249.34 | 2,240.10 |

Behavioral Health, LLC, 8100 Mountain Rd NE, Suite 200, Albuquerque, NM 87110

Powered by **Intuit Payroll**